**People of the State of Illinois, Plaintiff-Appellee, v. Eunice L. Easley, Defendant-Appellant.**

Gen. No. 50,097. <span style="background:black">     </span>

First District, Second Division.

January 11, 1966.

■■■■■■

■■■■■■■■

■■■■■■■■■

Gerald W. Getty, Public Defender of Cook County, of Chicago (Austin G. Rigney and James J. Doherty, Assistant Public Defenders, of counsel) for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Stuart P. Shapiro, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.